IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN JOSEPH POOLE,<br><br>Defendant. | CR 26-49-BLG-KSL-1<br><br>ORDER |

Defendant Benjamin Joseph Poole has filed a Motion to Suppress and Brief in Support, (Doc. 52, 53), and moved the Court to file exhibits to the Brief in Support under seal, (Doc. 54) because the exhibits are "sensitive" and subject to Local Rule CR 16.4. The motion is reasonable and unopposed. Accordingly;

**IT IS HEREBY ORDERED** that counsel for the Defendant is granted leave to file Exhibits A-E to the Brief in Support of the Defendant's Opposed Motion to Suppress under seal.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 23 day of November 2026.

Kathleen Lane
KATHLEEN S. LANE
United States District Judge